FILED

08/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0054

SHANDOR S. BADARUDDIN,

Plaintiff and Appellant,

-vs-

STATE OF MONTANA and the NINETEENTH
JUDICIAL DISTRICT COURT, HONORABLE
MATTHEW CUFFE, Presiding,

Defendants and Appellees.

## GRANT OF EXTENSION

Upon consideration of Appellant's Fourth Motion for Extension of Time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time up to and including August 26, 2022, within which to prepare, file and serve the Opening Brief in this matter.

—1—

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2022